Commonwealth *v.* Hirsch, Appellant.

Submitted December 2, 1974. *Margaret H. Poswistilo,* Assistant Public Defender, for appellant; *John E. Gallagher,* First Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Holliday, Appellant.

Submitted November 15, 1974. *John H. Corbett, Jr.,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Gordon L. Young* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Hoover, Appellant.

Submitted December 2, 1974. *Donald E. Speice,* Assistant Public Defender, for appellant; *Amos C. Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.